444 A.2d 1303

Kovaleski v. Kovaleski, Appellant.

Reargument Denied May 20, 1982.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued January 21, 1981. Barry A Yelen, for appellant; Arthur Silverblatt, for appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

442 A.2d 341

Pino, Appellant v. Big Boulder Ski Shop Inc., et al.

Argued May 12, 1981. Cary R. Sandler, for appellant; Hugh Emory, for appellees.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Affirmed.